IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RODERICK MCKISSICK,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-72(MTT) ) |
| **Governor NATHAN DEAL,** *et al.*, | ) ) |
| **Defendants.** | ) ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 8). The Magistrate Judge, having reviewed the Plaintiff's motion for preliminary injunction (Doc. 7), recommends denying the motion because the Plaintiff did not request appropriate injunctive relief and he fails to establish the prerequisites for granting a preliminary injunction. The Plaintiff filed an objection to the Recommendation. (Doc. 11). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Plaintiff does not address the reasons stated in the Recommendation for denying his request for preliminary injunction. Instead, the Plaintiff argues that the 145 pages of exhibits he attached to his first complaint show multiple violations of his constitutional rights. The Plaintiff has already been advised that it is his duty to meet the pleading requirements of Fed. R. Civ. P. 8 by filing a clear and concise complaint and that this duty cannot be met by simply attaching numerous exhibits to his complaint in lieu of making direct allegations. (Doc. 9). The Court accepts and adopts the

findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Accordingly, the Plaintiff's motion for preliminary injunction is **DENIED**.

    **SO ORDERED,** this 29th day of April, 2014.

                                           S/ Marc T. Treadwell
                                           MARC T. TREADWELL, JUDGE
                                           UNITED STATES DISTRICT COURT